HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Santiago Lomeli-Cortez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-358 LJO |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| vs. | DATE: October 7, 2013 |
| SANTIAGO LOMELI-CORTEZ | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 4, 2013, may be advanced to October 7, 2013 at 8:30 a.m.

This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Lomeli-Cortez wishes to enter his plea and be sentenced at the earliest available date. The Government is in agreement with the advancement.

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 1, 2013 | | By: | /s/ Ian Whitney<br>IAN WHITNEY<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 1, 2013 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>SANTIAGO LOMELI-CORTEZ |

**O R D E R**

IT IS SO ORDERED.

Dated: **October 2, 2013**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE